## 60335. YOUNG v. WARREN.

McMurray, Presiding Judge.

This is an action for damages arising from a motor vehicle collision. The case was tried before a jury. A verdict was returned in favor of defendant. The plaintiff's motion for new trial was granted. Defendant appeals from the order of the trial court granting plaintiff's motion for new trial. *Held:*

As defendant's appeal was taken from an order granting a new trial and this court has not granted an interlocutory appeal, this appeal must be dismissed as premature. *Stancil v. Hudson Oil Co.,* 139 Ga. App. 632 (229 SE2d 113); *Gordon v. Gordon,* 236 Ga. 99 (222 SE2d 380).

*Appeal dismissed. Smith and Banke, JJ., concur.*

Submitted July 2, 1980 — Decided July 15, 1980.

*F. Thomas Young,* for appellant.
*J. Reese Franklin,* for appellee.